UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: Johnson, Derek<br>Johnson, Shalawn A.<br>aka Robb<br>  Debtor(s) | CASE NO. 03-64951 JPK |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**
**TO UNITED STATES BANKRUPTCY COURT**
**CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE:  J. Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1.      I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2.      Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

        LS Ayres                          $310.43
        P.O. Box 66955
        St. Louis, MO 63166

        LS Ayres                          $239.57
        P.O. Box 66955
        St. Louis, MO 63166

        A T & T Wireless Services         $997.44
        P.O. Box 309
        Portland, OR 97207-0309

3.      Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:        August 11, 2010         By: /s/ Stacia L. Yoon
                                      STACIA L. YOON, TRUSTEE #16933-53
                                      Genetos Retson & Yoon LLP
                                      8585 Broadway, Suite 480
                                      Merrillville, IN 46410
                                      Telephone: (219) 755-0401
                                      bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
LS Ayres, P.O. Box 66955, St. Louis, MO 63166
A T & T Wireless Services, P.O. Box 309, Portland, OR 97207-0309